UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2018 MAR 28 PM 2: 06

CLERK

BY _____
DEPUTY CLERK

| | |
|---|---|
| DARCY BELDING, <br> Plaintiff | ) <br> ) <br> ) |
| v. | ) Case No.: 2:18-CV-54 <br> ) |
| STATE FARM MUTUAL AUTOMOBILE <br> INSURANCE COMPANY | ) <br> ) |

### NOTICE OF REMOVAL OF DEFENDANT STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY

Pursuant to 28 U.S.C. §§ 1332(a), 1441 and 1446(b), Defendant State Farm Mutual Automobile Insurance Company ("Defendant" herein) hereby removes to the United States District Court for the District of Vermont the Orleans Superior Court civil action entitled *Darcy Belding v. State Farm Mutual Automobile Insurance Company*, Docket No. 37-2-18 Oscv. See attached Summons, Complaint and Service of Process.

1. Jurisdiction is founded upon diversity of citizenship, 28 U.S.C. § 1332.

2. The amount in controversy may exceed $75,000, exclusive of interest and costs, as Plaintiff is making a claim against Defendant for breach of contract and bad faith. Plaintiff's demand for underinsured motorists benefits is $75,000; in addition, Plaintiff is claiming property loss damages and bad faith damages.

3. Plaintiff is a summer resident of Westmore, Vermont and a winter resident of Cocoa Beach, Florida.

4. Defendant is an insurance company with its principal place of business in the State of Illinois.

5. Defendant submits that removal to the U.S. District Court for the District of

PIERSON WADHAMS QUINN
YATES & COFFRIN, LLP
253 SOUTH UNION STREET
BURLINGTON, VERMONT
05401

Vermont is proper as there is diversity jurisdiction and Plaintiff has made claims in which the amount in controversy may exceed $75,000.  See, 28 U.S.C. § 1332(a).

Dated in Burlington, Vermont, on this 28th day of March, 2018.

PIERSON WADHAMS QUINN YATES & COFFRIN, LLP
ATTORNEYS FOR DEFENDANT STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY

By: _____
Richard H. Wadhams, Jr., Esq.
Pierson Wadhams Quinn & Yates & Coffrin, LLP
253 South Union Street
Burlington, VT 05401
wadhams@pwqy.net

cc: Steven A. Adler, Esq., Attorney for Plaintiff
Clerk, Orleans Superior Court