UNITED STATES DISTRICT COURT

FOR THE

DISTRICT OF VERMONT

Darcy Belding,

    Plaintiff,

    v.                                                                                             Case No. 2:18-cv-54

State Farm Mutual Automobile Insurance
Company,

    Defendant.

ORDER DISMISSING CASE

    The court having been advised that the above-entitled action has been settled,

    IT IS HEREBY ORDERED that this action is hereby dismissed, without costs, with the right to petition, upon good cause shown within 60 days, to reopen the action if settlement is not consummated.

    Dated at Burlington, in the District of Vermont, this 24th day of April, 2018.

    /s/ William K. Sessions III
    William K. Sessions III
    U.S. District Judge