UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | |
|---|---|
| DARCY BELDING,<br>      Plaintiff<br><br>v.<br><br>STATE FARM MUTUAL AUTOMOBILE<br>INSURANCE COMPANY | )<br>)<br>)<br>)   Case No.: 2:18-cv-54<br>)<br>)<br>)<br>) |

## STIPULATION FOR DISMISSAL AND ORDER

Pursuant to F.R.C.P. 41, the parties, by their attorneys, stipulate and agree that this action is hereby "DISMISSED WITH PREJUDICE" without costs and attorney's fees, and with all rights of appeal waived. They request that the presiding judge issue an order reading that this action is "DISMISSED WITH PREJUDICE" and that the clerk of the Court make an entry in the record so indicating.

                                              DARCY BELDING

5/2/2018                        */s/Steven A. Adler*
Date                           Steven A. Adler, Esq.
                                Counsel for Plaintiff
                                sadler@adlerandmccabe.com
                                (802)-748-8161

                                STATE FARM MUTUAL AUTOMOBILE INSURANCE
                                COMPANY

5/2/2018                        */s/ Richard H. Wadhams, Jr.*
Date                           Richard H. Wadhams, Jr., Esq.
                                Counsel for Defendant
                                wadhams@pwqy.net
                                (802)-863-2888

IT IS HEREBY ORDERED AND ADJUDGED THAT THIS ACTION IS "DISMISSED WITH PREJUDICE."

Dated:_____                     _____
                                              Presiding Judge

PIERSON WADHAMS QUINN
YATES & COFFRIN, LLP
253 SOUTH UNION STREET
BURLINGTON, VERMONT
05401