UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | |
|---|---|
| DARCY BELDING,<br>      Plaintiff<br><br>  v.<br><br>STATE FARM MUTUAL AUTOMOBILE<br>INSURANCE COMPANY | )<br>)<br>)<br>)    Case No.: 2:18-cv-54<br>)<br>)<br>) |

### STIPULATION FOR DISMISSAL AND ORDER

Pursuant to F.R.C.P. 41, the parties, by their attorneys, stipulate and agree that this action is hereby "DISMISSED WITH PREJUDICE" without costs and attorney's fees, and with all rights of appeal waived. They request that the presiding judge issue an order reading that this action is "DISMISSED WITH PREJUDICE" and that the clerk of the Court make an entry in the record so indicating.

                            DARCY BELDING

5/2/2018                          *Ls/Steven A. Adler*
Date                               Steven A. Adler, Esq.
                                 Counsel for Plaintiff
                                 sadler@adlerandmccabe.com
                                 (802)-748-8161

                                 STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY

5/2/2018                          /s/ Richard H. Wadhams, Jr.
Date                               Richard H. Wadhams, Jr., Esq.
                                 Counsel for Defendant
                                 wadhams@pwqy.net
                                 (802)-863-2888

IT IS HEREBY ORDERED AND ADJUDGED THAT THIS ACTION IS "DISMISSED WITH PREJUDICE."

Dated: May 3, 2018                  /s/ William K. Sessions III
                                    U.S. District Judge